**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 4, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-60901
Summary Calendar

_____

ISAU ALEXANDER FLORES-PORTILLO,

                                    Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                    Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 445 199
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Isau Alexander Flores-Portillo petitions for review of an

order of the Board of Immigration Appeals ("BIA") summarily

affirming the immigration judge's ("IJ") decision to deny his

application for asylum, withholding of removal, and relief under

the Convention Against Torture ("CAT").  Flores-Portillo argues

that the IJ erroneously determined that he failed to show

membership in a cognizable social group, i.e. Honduran street

children.  He argues that he showed past persecution and a fear

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

of future persecution by the Honduran government because of pervasive violence against street children.  He further argues that he demonstrated persecution at the hand of his abusive father.

After reviewing the record and the briefs, we conclude that the decision is supported by substantial evidence and that the evidence in the record does not compel a conclusion contrary to that reached by the IJ and BIA.  See INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992); Mikhael v. INS, 115 F.3d 299, 302 (5th Cir. 1997).  For example, Flores-Portillo's alleged social group is so broad that it is questionable whether it is a cognizable social group with a characteristic innate or fundamental to the group's identity and whether Flores-Portillo suffered harm because of membership in such a group.  Further, violence in Honduras has been experienced by both adults and children, and the Honduran government has responded with investigations and prosecutions, although problems remain.  Moreover, the domestic abuse suffered by Flores-Portillo came from a father who he testified frequently drank and abused his family.

The petition for review is DENIED.